UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-22702-CIV-GRAHAM/TORRES

MARTIN BALTODANO,

        Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., HILCO RECEIVABLES, LLC.

        Defendants.

## ORDER OF DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC., WITH PREJUDICE

THIS CAUSE is before the Court on the Joint Stipulation for Voluntary Dismissal with Prejudice filed and executed by Plaintiff Martin Baltodano and Defendant Experian Information Solutions, Inc. (D.E. 16), filed November 20, 2008.  The Court has considered the Stipulation and is otherwise fully advised in the premises.  Accordingly,

IT IS HEREBY ORDERED and ADJUDGED that the claims and causes of action asserted herein by Plaintiff Martin Baltodano against Defendant Experian Information Solutions, Inc., are in all respects dismissed with prejudice, the parties to bear their own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of November, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record